IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02516-BNB

ADRIENNE ARAGON,

    Plaintiff,

v.

MICHELE WAGNER, In Individual and Official Capacity,
ROBERT KLADDE, In Individual and Official Capacity,
JOHN DIXON, In Individual and Official Capacity,
KEVIN PALETTA, Chief of Police, Lakewood, Colorado Police Department, In his
    Individual and Official Capacity, and
CITY OF LAKEWOOD, In Its Official Capacity,

    Defendants.

## ORDER DRAWING CASE

The Court has completed an initial review and determined that summary dismissal is not appropriate. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 27, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge