**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02516-REB-KMT

ADRIENNE ARAGON,

    Plaintiff,

v.

MICHELE WAGNER, in her individual and official capacity,
ROBERT KLADDE, in his individual and official capacity,
JOHN DIXON, in his individual and official capacity, and
LAUREN JOHNSON, in her individual and official capacity,

    Defendants.

## ORDER DISMISSING DEFENDANTS MICHELE WAGNER AND JOHN DIXON, ONLY

**Blackburn, J.**

The matter is before me on plaintiff's **Unopposed Motion to Dismiss Defendants Wagner and Dixon With Prejudice** [#81][1] filed June 4, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendants Michele Wagner and John Dixon should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion to Dismiss Defendants Wagner and Dixon With Prejudice** [#81] filed June 4, 2014, is **GRANTED**;

---

[1] "[#81]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's claims against defendants Michele Wagner and John Dixon are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay their own attorney fees and costs; and

3. That defendants Michele Wagner and John Dixon are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated June 4, 2014, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge