**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02516-REB-KMT

ADRIENNE ARAGON,

    Plaintiff,

v.

ROBERT KLADDE, in his individual and official capacity, and
LAUREN JOHNSON, in her individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#89][1] filed September 9, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#89] filed September 9, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and the Trial Preparation Conference set October 31, 2014, are **VACATED**;

3. That the jury trial set to commence November 17, 2014, is **VACATED**;

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      4.  That the **Recommendation of United States Magistrate Judge** [**#67**] entered October 8, 2013, is **TERMINATED** as moot; and

      5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated September 10, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge